**Order entered April 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01115-CV

### MIDWEST COMPRESSOR SYSTEMS LLC D/B/A LRS, Appellant

### V.

### HIGHLAND IMPERIAL, INC, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-02584-2017**

## ORDER

Before the Court is appellee's April 21, 2020 unopposed second motion to extend time to file its brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than May 22, 2020.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE